GODARD *v.* STATE.

Opinion delivered June 19, 1911.

APPEAL—REQUISITES.—Where a transcript on appeal does not show that an appeal was granted or asked, the transcript will be stricken from the files.

*W. N. Ivie* and *Jas. P. Fancher,* for appellant.

*Hal. L. Norwood,* Attorney General, and *William H. Rector,* Assistant, for appellee.

Where the record does not show that an appeal was prayed for and granted by the lower court, this court is without jurisdiction.

McCULLOCH, C. J. The defendant, Ben Godard, was, on March 11, 1911, convicted of the crime of forgery, and has filed a transcript of the record in this court. It does not

appear, however, from the transcript that there was an appeal granted, or a prayer for an appeal entered. So this court has not acquired jurisdiction of the cause, and cannot review the proceedings of the circuit court. The transcript will, therefore, be stricken from the files of this court. It is so ordered.